# Court of Appeals
# of the State of Georgia

ATLANTA, May 04, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0047. DIXIT v. DIXIT.**

On April 26, 2018, Akash Dixit filed an emergency motion in Case No. A18A1628 seeking to stay the trial court's order of contempt. This Court denied the motion because Dixit had not satisfied the requirements for granting the stay. See *Cross v. Ivester*, 315 Ga. App. 760, 769 (4) (728 SE2d 299) (2012). On May 1, 2018, Dixit filed a motion for reconsideration of the denial of his emergency motion. Attached to the motion for reconsideration was an amended copy of the notice of appeal.

Dixit's motion for reconsideration is more properly construed as a renewed emergency motion seeking to stay the trial court's order of contempt. Upon review, we conclude that Dixit's appeal of the contempt order entitles him to the relief sought. As such, the emergency motion is GRANTED.

Dixit further requests an extension of time in which to file his appellate brief, as well as an extension of the page limitations. Court of Appeals Rule 41 (b) prohibits compound motions. Moreover, Dixit's appeal from the order of contempt is separate from the appeal concerning the underlying court order, which is docketed as Case No. A18A1628. Any motion for an extension of time or to extend the page limitation should be filed in the appropriate pending appeal. Thus, we decline to consider these additional motions in this order.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __05/04/2018__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*